```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
J & J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the May 6, 2006
DeLaHoya/Mayorga Program,

                    Plaintiff,                ORDER
                                              06 CV 6846 (ILG) (CLP)
         -against-

ROSE MENDOZA, et al.,

                    Defendants.
-----------------------------------------------------------x
```

GLASSER, United States District Judge:

A Report and Recommendation of Magistrate Judge Pollak, dated November 19, 2007, recommended plaintiff be awarded $4,550 in statutory damages, plus an additional $10,000 in enhanced damages, and $1,224 in attorney's fees and costs, for a total award of $15,774, and that objections, if any, must be filed and served within ten business days, and that failure to do so may waive defendants' right to appeal. As of this date, no objection has been filed.

The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety and incorporated by reference to it. Accordingly, it is hereby ordered that plaintiff is awarded $4,550 in statutory damages, plus an additional $10,000 in enhanced damages, and $1,224 in attorney's fees and costs, for a total award of $15,774. Plaintiff is directed to serve copies of this Order upon defendants by certified mail, return receipt at their last known address and to file proof of service with the Court.

SO ORDERED.

Dated:   Brooklyn, New York
         January 15, 2008

                                        S/
                                      _____
                                      I. Leo Glasser